BEFORE THE THIRD DIVISION, MAY 19, 1945

**No. 50201.**—Protests 946210–G, etc., of Balfour, Guthrie & Co., Ltd. (Boston, etc.).

Opinion by KEEFE, J. Inasmuch as it appeared that certain of the protests were duplicate protests as to the entries mentioned, motion to dismiss was granted.

From an examination of the remainder of the protests the court was unable to find anything sufficient to overcome the presumption of correctness of the collector's action. Said protests were therefore overruled.